1040

[No. 42677-0-I.    Division One.    September 20, 1999.]

JEANNINE R. ZOLLINGER, *Appellant*, v. THE BOEING COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-24539-9, Richard D. Eadie, J., entered November 18, 1997. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker and Becker, JJ.

[No. 43105-6-I.    Division One.    September 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS ACOSTA LUCERA, *Defendant*, CESAR ALBERTO VILCHIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-02185-0, Patricia H. Aitken, J., entered July 27, 1998. *Remanded* by unpublished per curiam opinion.

[No. 43118-8-I.    Division One.    September 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD NORMAN SYLTE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-02084-5, Ronald L. Castleberry, J., entered July 28, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43217-6-I.    Division One.    September 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE G. MILLER III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-03316-7, Jeanette R. Burrage, J., entered August 5, 1998. *Affirmed* by unpublished per curiam opinion.